UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KIAUNDRAY ROGERS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:15-CV-138 RM |
| SUPERINTENDENT, | ) ) ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Kiaundray Rogers, a *pro se* prisoner, filed a habeas corpus petition challenging WCC 14-11-320, a prison disciplinary proceeding held at the Westville Correctional Facility on November 19, 2014, in which the Disciplinary Hearing Body found him guilty of Bribing/Giving in violation of B-233. As a result, he was sanctioned with the loss of 30 days earned credit time, but the deprivation was suspended and hasn't been imposed. As such, he hasn't yet lost any earned credit time as a result of this hearing. A prison disciplinary action can only be challenged in a habeas corpus proceeding if it results in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary proceeding didn't result in the lengthening of the duration of his confinement, habeas corpus relief isn't available. Because there is no relief that Mr. Rogers can obtain in this habeas corpus proceeding, the petition is DENIED pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is DISMISSED WITHOUT PREJUDICE. If in the future the suspended sanction is imposed, then he may file another habeas corpus petition challenging the hearing.

SO ORDERED.

ENTERED: March  30 , 2015        /s/ Robert L. Miller, Jr.
                                 Judge
                                 United State District Court